UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY D. EUTSEY,

                          Plaintiff,

            -against-

JOHN DOE,

                          Defendant.

25-CV-8469 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

        By order dated January 15, 2026, the Court directed Plaintiff to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting.

        The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    April 21, 2026
          New York, New York

                                        _Louis L. Stanton_
                                           Louis L. Stanton
                                           U.S.D.J.