UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY D. EUTSEY,

                          Plaintiff,

              -against-

JOHN DOE.,

                          Defendant.

25 CIVIL 08469 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 21, 2026, order, this action is dismissed.

Accordingly, the complaint, filed in forma pauperis (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting.

SO ORDERED.

Dated:    April 22, 2026

          New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge